SHIRLEY WILKINS, PLAINTIFF-PETITIONER, v. STEPHEN
E. ZELICHOWSKI, DEFENDANT-RESPONDENT.

See same case below: 43 *N. J. Super.* 598.

*Mr. B. Frank Pettit* for the petitioner.

May 7, 1957. Granted.